IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PEDRO SEGURA, SR.,

        Plaintiff,

v.

SGT. CHERNO, DEPUTY SANNE,
DEPUTY HART, DEPUTY LILLY,
DEPUTY AUSTIN, and MARION COUNTY
SHERIFF'S OFFICE,

        Defendants.

No. 6:21-cv-0740-YY

ORDER

HERNÁNDEZ, District Judge:

Magistrate Judge You issued a Findings and Recommendation on May 25, 2022, in which she recommends that this Court grant Defendants' Motion for Summary Judgment. F&R, ECF 59. The matter is now before the Court pursuant to 28 U.S.C. § 636(b)(1)(B) and Federal Rule of Civil Procedure 72(b).

1 - ORDER

Plaintiff filed timely objections to the Magistrate Judge's Findings and Recommendation. Pl. Obj., ECF 61. When any party objects to any portion of the Magistrate Judge's Findings & Recommendation, the district court must make a *de novo* determination of that portion of the Magistrate Judge's report. 28 U.S.C. § 636(b)(1); *Dawson v. Marshall*, 561 F.3d 930, 932 (9th Cir. 2009); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc).

The Court has carefully considered Plaintiff's objections and concludes that there is no basis to modify the Findings & Recommendation. The Court has also reviewed the pertinent portions of the record *de novo* and finds no error in the Magistrate Judge's Findings & Recommendation.

## CONCLUSION

The Court adopts Magistrate Judge You's Findings and Recommendation [59]. Therefore, Defendants' Motion for Summary Judgment [42] is GRANTED and this case is dismissed with prejudice.

IT IS SO ORDERED.

DATED:  August 22, 2022  .

*Marco Hernandez*
MARCO A. HERNÁNDEZ
United States District Judge

2 - ORDER